IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 18-01038 |
| | ) | |
| Michael N Berry | ) | Chapter 13 |
| | ) | |
| | ) | Judge: Carol A. Doyle |
| Debtor(s) | ) | |

## Notice of Objection

The Debtor objects to the Trustee's Motion to Dismiss for Failure to Make Plan Payments.

                        David H. Cutler,
                        Attorney for the Debtor

/s/ *David H. Cutler*
By: David H. Cutler

Cutler & Associates, Ltd.
David H. Cutler
Attorney for the Debtor
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600