UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-01038 |
| Michael N Berry | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

This matter coming before the Court for a hearing on debtor's motion to modify the plan,

IT IS HEREBY ORDERED:

1. That the confirmed plan is modified to provide that commencing with the first payment due after the filing of the debtor's voluntary petition, the monthly payments shall be $449 for 46 months and $530 for 10 months.

2. The trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  December 07, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600