**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| RE:  MICHAEL N BERRY | ) | Case No. 18 B 01038 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: CAROL A DOYLE |

## NOTICE OF OBJECTION

Now comes Thomas H. Hooper, Chapter 13 Trustee, and respectfully states:

That the Trustee Objects to Doc# 61 Motion Dismiss for Failure to Make Plan Payments

Thomas H. Hooper, Chapter 13 Trustee, certifies under penalty of perjury that this office has on the date shown below, filed and thereby caused to be transmitted by the court's electronic filing system, a true copy of this Notice to all parties included on the court's ECF Service List.

/s/ Thomas H. Hooper

Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900